UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **KEITH BARNES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil Action No. CV 05-S-2505-NE |
| | ) |
| **PPG INDUSTRIES, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER DISMISSING CASE

This action is before the court on the parties' Joint Stipulation of Dismissal With Prejudice. (Doc. no. 13). The stipulation is APPROVED. The action is hereby DISMISSED with prejudice. Costs are taxed as paid. The clerk is directed to close this file.

DONE this 6th day of October, 2006.

_____
United States District Judge